# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

July 25, 2011

Lyle W. Cayce
Clerk

_____

No. 08-51185

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

ANTHONY JAMES KEBODEAUX, also known as Anthony Kebodeaux,

Defendant - Appellant

_____

Appeal from the United States District Court for the
Western District of Texas, El Paso

_____

(Opinion February 15, 2011, 5 Cir., 2011, _____F.3d____)
(Revised Opinion February 18, 2011, 5 Cir., 2011, _____F.3d____,
withdrawn July 12, 2011)
(Opinion July 12, 2011, 5 Cir., 2011, _____F.3d____)
(Revised Opinion July 14, 2011, 5 Cir., 2011, _____F.3d____)

(July 25, 2011)

Before JONES, Chief Judge, KING, JOLLY, DAVIS, SMITH, GARZA,
BENAVIDES, STEWART, DENNIS, CLEMENT, PRADO, OWEN, ELROD,
SOUTHWICK, HAYNES and GRAVES, Circuit Judges.

PER CURIAM:

A majority of the circuit judges in regular active service and not
disqualified having voted in favor, on the Court's own motion, to rehear this
case en banc,

It is ordered that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed.  The Clerk will specify a briefing schedule for the filing of supplemental briefs.